NOT FOR PUBLICATION                          JUL 23 2012

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KULWINDER JIT SINGH PARHAR, | No. 10-72326 |
| Petitioner, | Agency No. A027-563-285 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:     SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Kulwinder Jit Singh Parhar, a native and citizen of India, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen based on ineffective assistance of counsel.  We have jurisdiction under 8

U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

*Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Parhar's motion to reopen as untimely because the motion was filed nearly five years after the final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Parhar failed to establish the due diligence required for equitable tolling of the filing deadline, *see Iturribarria*, 321 F.3d at 897.

**PETITION FOR REVIEW DENIED.**